AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Briggitta Hardin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11-cv-02052 |
| Mick Dadlani, et al. | ) | |
| *Defendant* | ) | **MC16-066** |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __1/29/2016__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 4/27/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _____
Deputy Clerk
4/27/2016

AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**MC16-066**

| | |
|---|---|
| BRIGGITTA HARDIN<br>*Plaintiff*<br>v.<br>MICK DADLANI et al<br>*Defendant* | )<br>)<br>) Civil Action No. 11-2052 (RBW)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* BRIGGITTA HARDIN recover from the defendant *(name)* MICK DADLANI and RED LINE LLC the amount of Six Hundred and Eighty-Seven Thousand dollars ($ 687,000.00 ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____

☑ other: Judgment in favor of Plaintiff Briggitta Hardin against Defendants Mick Dadlani and Red Line LLC for $175,000.00
Judgment in favor of Plaintiff Briggitta Hardin against Defendant Mick Dadlani for $501,000.00
Judgment in favor of Plaintiff Briggitta Hardin against Defendant Red Line LLC for $11,000.00

This action was *(check one):*

☑ tried by a jury with Judge Reggie B. Walton presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☐ decided by Judge ____ on a motion for

Date: 01/29/2016

ANGELA D. CAESAR, CLERK OF COURT

*Mark Coates*
Signature of Clerk or Deputy Clerk

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By *Daniel Rudy*
Deputy Clerk  4/27/2016