**MC16-066**

 **Registration of Judgment from Another District - Hardin v. Dadlani et al.**
Casey Graetz   to:  newcases.seattle@wawd.uscourts.gov        05/16/2016 10:51 AM
Cc:  Jia Cobb, Nicole Mauri

Hello,

Please find attached the Clerk's Certification of a Judgment to Be Registered in Another District along with the certified Judgment in a Civil Action for *Hardin v. Dadlani et al.*  Civ. Action No. 11-2052.

I was told that we would be able to pay the registration fee via telephone after this paperwork was received. Please let me know if you need any other documentation to register this case in the Western District of Washington. Thank you for your help with this matter.

Best,
Casey Graetz
Paralegal
Relman, Dane & Colfax PLLC
1225 19th Street, N.W., Suite 600
Washington, DC 20036-2456
(202) 728-1888 ext. 101
(202) 728-0848 fax
cgraetz@relmanlaw.com

NOTICE:
The contents of this email and any attachments to it contain confidential or legally privileged information from the law firm of Relman, Dane & Colfax PLLC. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. If you have received this email in error, please notify us by email immediately.



Please consider the environment before printing this email.    2016.04.27 Certified Judgment in a Civil Action.pdf



2016.04.27 Clerk's Certification of a Judgment to Be Registered in Another District.pdf